NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JARRELL D. CURNE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2024-2360

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-01031-PSH, Judge Philip S. Hadji.

---

**ON MOTION**

---

Before LOURIE, MAYER, and HUGHES, *Circuit Judges*.

PER CURIAM.

## O R D E R

In response to this court's November 19, 2024 order directing the parties to show cause as this appeal appeared to be untimely, the United States argues the case should be dismissed for lack of jurisdiction.  Jarrell D. Curne has not filed a response.

In February 2024, the United States Court of Federal Claims entered final judgment against Mr. Curne, and, on July 18, 2024, that court denied Mr. Curne's motions for relief from judgment. On September 20, 2024, the Court of Federal Claims received Mr. Curne's notice of appeal.[1]

The timely filing of a notice of appeal from a final decision by the Court of Federal Claims is a jurisdictional requirement that cannot be waived and is not subject to equitable tolling. *Marandola v. United States*, 518 F.3d 913, 914 (Fed. Cir. 2008); *cf. Henderson v. Shinseki*, 562 U.S. 428, 438–39 (2011). Mr. Curne had 60 days to file his notice of appeal from the Court of Federal Claims's decisions, *see* 28 U.S.C. §§ 2107(b), 2522; Fed. R. App. P. 4(a)(1)(B); Fed. Cir. R. 1(a)(1)(C), but he failed to do so. Thus, we lack jurisdiction to review either the final judgment or the denial of Mr. Curne's post-judgment motions.

Accordingly,

---

[1]    In its motion for summary affirmance filed before this court's show cause order, the United States stated that the notice of appeal was filed on September 5, 2024, ECF No. 3 at 4 (citing ECF No. 1-2 at 1), but in its response to the show cause order the United States asserts the notice of appeal was not filed until September 20, 2024, ECF No. 5 at 2, the received date stamped on the notice of appeal by the trial court, ECF No. 1-2 at 1. Mr. Curne has not provided any information in support of an earlier filing date.

CURNE v. US                                                                        3

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  All pending motions are denied.

(3)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 29, 2025
Date